

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00383-CV

| | | |
|---|---|---|
| In re Max Grossman | § | Original Proceeding |
| | § | From the 384th District Court |
| | § | of El Paso County (2017-DCV-2528) |
| | § | December 7, 2017 |
| | | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered Relator Max Grossman's petition for writ of injunction. We grant Relator's petition. Accordingly, it is ordered that the temporary injunction placed by the El Paso Court of Appeals and then clarified in its second amended emergency order of September 12, 2017 shall remain in effect during the pendency of the interlocutory appeal (02-17-00384-CV).

It is further ordered that Real Party in Interest the City of El Paso shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth